1094

No. 98–8685. PUTTMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8687. CONEO-GUERRERO ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–8688. COARDES *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 98–8692. WILLS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8697. EDWARDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8707. JUNKMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–8709. UNDERWOOD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8714. SPEIGHT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–8718. SARGENT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8721. BAKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8722. ARRINGTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8723. KIM LONG KO *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–8725. TROWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8729. POINDEXTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–8614. MCNEIL *v.* AGUILOS ET AL., 520 U. S. 1223;
No. 98–1007. WALLIN *v.* MINNESOTA DEPARTMENT OF CORRECTIONS ET AL., *ante,* p. 1004;

No. 98–1221. IN RE MURPHY, *ante*, p. 1006;

No. 98–1222. MURPHY *v.* PLANNED PARENTHOOD OF GREATER IOWA, INC., *ante*, p. 1006;

No. 98–1249. COWHIG *v.* UNITED STATES, *ante*, p. 1006;

No. 98–1412. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* LAGRAND, *ante*, p. 115;

No. 98–6618. SANSONE *v.* MCI TELECOMMUNICATIONS, 525 U. S. 1148;

No. 98–7459. BABA *v.* SILVERMAN ET AL., *ante*, p. 1007;

No. 98–7737. WOODARD *v.* UNITED STATES, 525 U. S. 1169; and

No. 98–7785. LANGFORD *v.* UNITED STATES, 525 U. S. 1170. Petitions for rehearing denied.

No. 98–7246. YOUNG *v.* MICHIGAN, 525 U. S. 1126. Motion for leave to file petition for rehearing denied.

APRIL 27, 1999

No. 98–9123 (A–892). IN RE DAVIS. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–7864 (A–883). DAVIS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 1027. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for rehearing denied.

APRIL 29, 1999

No. 98–8991 (A–889). YEATTS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.